```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                    SOUTHEASTERN DIVISION

GEORGE BROWN, JR.,            )
                              )
        Plaintiff,            )
                              )
    v.                        )   Case No. 1:06CV135 CDP
                              )
MIKE WILLIAMS, et al.,        )
                              )
        Defendants.           )
```

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to waive the initial filing fee [#7]. Plaintiff states that his prison account has a balance of $0.02, and that there have been no deposits to his account since September 23, 2006. However, plaintiff did not provide the Court with a certified copy of his inmate account. As a result, the Court will order plaintiff to provide the Court with a certified copy of his inmate account so that the Court can determine whether plaintiff has adequate funds to pay an initial partial filing fee of $9.29.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit, within twenty (20) days of the date of this Order, a certified copy of his inmate account for the two-month period immediately preceding the date of this Order.

Dated this 8th day of December, 2006.

_____
**CATHERINE D. PERRY**
**UNITED STATES DISTRICT JUDGE**