# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE BROWN, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:06CV135 CDP |
| MIKE WILLIAMS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for extension of time to respond to defendants' motions for summary judgment. The motion will be granted in part and denied in part.

Plaintiff seeks an additional forty-five days to respond to defendants' motions. Plaintiff's reasoning is that he needs additional time to obtain medical documents that are critical to his claim.

The Court entered a Case Management Order on January 25, 2007. According to the Case Management Order, <u>all</u> discovery in this case was to be completed by April 25, 2007. Plaintiff did not file any motion to compel or motion for extension of time to complete discovery before April 25, 2007. Because he failed to timely file any motion to extend the discovery deadline, plaintiff has waived his right to continue

engaging in discovery.  As a result, plaintiff's motion for extension of time is without merit.

Because plaintiff is proceeding pro se, the Court will allow plaintiff an additional two weeks to respond to defendants' motions for summary judgment.  This will be the last extension granted to plaintiff.  If plaintiff does not file his responses by August 3, 2007, this action <u>will</u> be dismissed with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time is **granted** in part and **denied** in part.

**IT IS FURTHER ORDERED** that plaintiff's responses to defendants' motions for summary judgment shall be filed **no later than August 3, 2007**.

**IT IS FURTHER ORDERED** that if plaintiff fails to timely file his responses, this action will be dismissed with prejudice.

Dated this 20th day of July, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE